U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

MAR 19 2008


/Russell F. Nelms
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | § | CASE NO. 08-40814-RFN-13 |
|---|---|---|
| | § | |
| MARK AND WANDA DOWNS | § | |
| DEBTOR | § | |

ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY

CAME ON FOR CONSIDERATION, the "Motion to Extend the Automatic Stay" filed by the Debtor in the above styled and numbered cause. The Court, having reviewed the evidence presented and the pleadings, and after having heard arguments of counsel, if any, the Court, is of the opinion that the same is well taken and therefore grants the following:

IT IS ORDERED, ADJUDGED AND DECREED, that the Automatic Stay pursuant to 11 U.S.C. Section 362 shall be extended for the life of the Chapter 13 Plan as to all creditors.

####END OF ORDER####

ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY - Page 1