OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TEXAS 76180-6608
Telephone (817) 770-8500
Fax (817) 770-8508

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

MARK A DOWNS & WANDA J DOWNS

Case No: 08-40814-RFN

Debtors

First Payment Date: Wed, Mar 26, 2008

### TRUSTEE'S (3) BUSINESS DAYS NOTICE OF INTENT TO CERTIFY
### CHAPTER 13 CASE FOR DISMISSAL (NO FIRST PAYMENT)

**Notice is HEREBY GIVEN** to the above named Debtors and to the Debtors' Attorney that on or after 3 business days herefrom, the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s):

Debtors did not pay the Trustee the first Payment specified in Debtors' Plan within 30 days after the Petition Date.

**FAILURE TO CURE ANY AND ALL OF THE DEFICIENCIES NOTED ABOVE WITHIN THREE (3) BUSINESS DAYS HEREOF SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE.**

**DISMISSAL WITHOUT FURTHER NOTICE.** Pursuant to General Order 2007-02 Section 3c, a Chapter 13 Petition may be dismissed without prejudice, after 3 business days prior written notice to the Debtors and Debtors' Counsel, and without further notice. The clerk is authorized to enter an Order of Dismissal upon certification by the Trustee that

c. Debtor did not pay to the Trustee within 30 days after the Petition Date the first Payment specified in the Plan as required by Section 1326 (a)(1) of the Bankruptcy Code.

Due Date is April 3, 2008. Payments must be received by 4:00 p.m.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Three Business days Notice of Intent to Certify Chapter 13 Case for Dismissal" was served on the date the instrument was filed electronically. Service was accomplished electronically on Debtors' attorney and all parties who filed a notice of appearance consenting to electronic service, and by first class mail on the Debtors.

/s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000

Debtor(s):
MARK A DOWNS & WANDA J DOWNS
409 Victory Ln
Mansfield, TX 76063

Debtors' Attorney:
Ron Roberts
726 Dalworth Ste 1001
Grand Prairie, TX 75050