IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

MARK A DOWNS and WANDA J DOWNS

Case No. 08-40814-RFN

DEBTOR(S),

## REPORT OF (ADJOURNED) SECTION 341 MEETING
## AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION

**Meeting Information:** ✓  Meeting Date: Tue, April 1, 2008   Time: 2:00 pm
1. Debtor(s) ~~Appeared~~? DR1 ___Yes ___No  DR2 ___Yes ___No   ID Checked ✓ DR1 ___DR2
2. Debtor(s) attorney/paralegal appeared? ✓Yes ___No ___Pro-se   SS Checked ✓ DR1 ___DR2
3. Creditors Appeared:  Name:             Representing:

   Atacha Hendricks    IRS

4. **341 Meeting:** ✓Concluded ___Not Held ___Adjourned     Adj Date: _____
   _____ To Hear; Reason for adj.: _____
   Debtor(s) to appear? DR1 ___Yes ___No  DR2 ___Yes ___No
5. Need NOI for: ___Failure to Appear (DR1) / (DR2)  ___Pay stubs(DR1) / (DR2) _____
   ___Wage Directive Information         ___Tax Returns: _____
   ___Other: _____

6. **Payment Information:**
   Current monthly payment per Plan: $735.00     First Payment due: 03/26/2008
   $ rec'd as of 3/26/2008      $0.00         Length of Plan: 60 months
   Base Amount per Plan:   $44,100.00 ✓

**Confirmation Issues:**   REFER TO LEGAL: ___Yes ___No   See Item(s): #7, #9, #18*, #12
Confirmation Pre-Hearing Conference Date: 05/09/2008    Obj. to Conf.due date: 05/02/2008
Please indicate if Plan meets confirmation test by Y/N (YES/NO) or UD (unable to determine):
UD 7. Disposable Income: $ 299.99  x ACP: 60  = Unsecured Pool: $ 17,999.40
                                    Unsecured Creditor's Pool per Plan: $0.00
✓ 8. Best Interest: Exemptions: ___Federal; ___Texas State; ___Other State: ___
   Exemptions Proper: ✓Yes ___No   If no, explain: _____
   Non-exempt Property: none
   Value (equity) in non-exempt prop. $ 0   Non-Exempt Prop. per Plan: $ $0.00
UD 9. Feasibility: Surplus per I & J: $ $768.72   Plan Payments: $ 735 x 60
   ___Step ___Ballon ___Unemployed ___Negative Surplus ✓Other: no proof of income
   10. Good Faith Petition and Plan: If no, explain: _____
N/A 11. Domestic Support Obligation: Debtor testified and/or answered debtor questionnaire that all post petition
   DSO paid? Attorney General has objection: ___Yes ___No ___UD
N 12. Debtor testified and/or answered debtor questionnaire that previous 4 years tax returns have been filed
   with the IRS. If no, year(s) not filed  06  .

✓ 13. Plan does not discriminate.

___ 14. Except as noted above, if any, the Trustee has no reason to believe that the Plan does not comply with provisions of Chapter 13 and Title 11.

✓ 15. The Trustee has no reason to believe that any fee, charge, or amount required under Chapter 123 of Title 28 or by the Plan to be paid before Confirmation has not been paid.

16. Business Case: Y  If Yes, Level: 2  (If level 2, refer to Legal)
    ___ Employees       ___ Liquor License     ✓ Over $10,000 per/mo. gross
    ___ Incurs trade debt   ___ Other: _____

17. Tax Returns: _____ Year Tax Return Reviewed:
    Number of Dependents on last year: ___ Notes: _____
    Number in Household per B22C: 2 Notes: _____
                    Gross 1040 (1.7)   $ _____
                    Gross 1040 (C-1)   $ _____
                    Gross Total:       $ _____
    Gross per Schedule "I": $ $15,100.00    Gross Total /12 = $ _____

(If #7-15 is "No" or "UD" or if a level 2 business case, refer to Legal for further action.)

18. Presiding Officer Notes:

because previous bk dismissed

04 bk - ? Ch 13 - dismissed - 1/08 ✓
Oil & gas - yes - 1 year - 93.00
wife employed - unemploy
P&L to provide to business ✓
06 or 07 tax return ✓
Employees? no -

By: Kelly C. Binek
Kelly Binek
Presiding Officer

* #35 CNI Healthcare - added back $303

19. Legal Department Notes: Trustee recommends confirmation based on the above representations except:
    ___ None  ✓ Objection to be Filed: Bus Interv; DIT → $18K; '06 T/R
    ___ Resolved by Stipulation: _____
    ✓ Other: FEAS IS OK
    By: _____
    Attorney for Trustee / Trustee