U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 2, 2008**                              **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  08-40814-RFN-13 |
| | § | |
| MARK AND WANDA DOWNS | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7

CAME ON FOR CONSIDERATION, the Debtor's Motion to Convert Case to Chapter 7 of Title 11 of the United States Bankruptcy Court filed in the above styled and numbered case.  The Court, having reviewed the pleadings in this case, and finding that there is no opposition to the granting of the same, finds as follows:

IT IS ORDERED, ADJUDGED AND DECREED, that the above entitled case is hereby converted under Chapter 7 of Title 11 of the United States Bankruptcy Court; and

IT IS FURTHER ORDERED, that the clerk of this Court assign a Chapter 7 Trustee to this case.

####END OF ORDER####