**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                            CASE NUMBER: 08-40814-RFN

**MARK A DOWNS**                                                  CHAPTER 13
**WANDA J DOWNS**
**409 Victory Ln**
**Mansfield, TX  76063**                                          JUDGE RUSSELL F NELMS

a/k/a                                                             DATE: 09/05/2008

    DEBTORS

---

TRUSTEE'S  FINAL REPORT AND ACCOUNT
AND NOTICE OF TIME TO OBJECT

---

    Tim Truman, Standing Chapter 13 Trustee, submits the following Trustee's Final Report and Account of the administration of the estate pursuant to 11 U.S.C. 1302 (b) (1) and 704 (9) so that the Court may discharge the Trustee pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009:

|  |  | **Total Paid (P&I)** |
|---|---|---:|
| Debtor Discharged: |  | Secured: $0.15 |
| Case Filed: | 02/25/2008 | Priority: $0.00 |
| Plan Confirmed: | 01/01/1900 | *Unsecured: $0.00 |

(*Only includes General Unsecured claims which were (a) timely filed, (b) not withdrawn, (c) not disallowed by Court, (d) not paid by third party, (e) not paid as a special class, and (f) not a tax or tax penalty.)

MARK A DOWNS & WANDA J DOWNS, 08-40814-RFN

The case was (E) CONVERTED BEFORE CONFIRMATION on 07/02/2008.

**TOTAL RECEIPTS by Trustee:** $735.00

**ADMINISTRATIVE EXPENSES PAID:**

| | |
|---|---:|
| Debtor Attorney Fee Paid By Trustee to RON ROBERTS: | $694.34 |
| Trustee's Fee & Expenses Paid Pre-Confirmation: | $0.00 |
| Trustee's Fee & Expenses Paid Post-Confirmation: | $40.51 |
| Notice Fee Paid: | $0.00 |
| Clerk's Fee Paid: | $0.00 |
| TOTAL ADMINISTRATIVE EXPENSES PAID: | $734.85 |

**REFUNDS PAID TO DEBTORS:** $0.00

**PAID TO CREDITORS BY TRUSTEE:**

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| BETSY PRICE MANSFIELD ISD<br>07870116 | HOMESTEAD/08 | Direct | $0.00 | $0.00 |
| COUNTRYWIDE HOME LENDING<br>8552 | HOME/ARREARS | Not Filed | $0.00 | $0.00 |
| COUNTRYWIDE HOME LENDING<br>8552 | HOMESTEAD | Direct | $0.00 | $0.00 |
| KAR STORE<br>2217 | 01 PONTIAC GRAND P SE | Not Filed | $0.15 | $0.00 |
| TARRANT COUNTY TAX COLLECTO<br>TAC07870116/08 | HOMESTEAD/08 | Direct | $0.00 | $0.00 |
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE<br>7295/6057 | TAXES | $30,427.84 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE<br>7295/6057 | DUP CLAIM/OBJECT | $69,637.59 | $0.00 | $0.00 |
| **Unsecured** | | | | |
| AARON SALES AND LEASE OW<br>9665 | | Not Filed | $0.00 | $0.00 |
| AARON SALES AND LEASE OW<br>0772 | | Not Filed | $0.00 | $0.00 |
| AARON SALES AND LEASE OW<br>6987 | | Not Filed | $0.00 | $0.00 |

Final Report and Account/08-40814-RFN

MARK A DOWNS & WANDA J DOWNS, 08-40814-RFN

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---:|---:|---:|
| **Unsecured** | | | | |
| ALLIED INTERSTATE<br>9657 | | Not Filed | $0.00 | $0.00 |
| ASSET ACCEPTANCE<br>5253 | BALLYS | $255.50 | $0.00 | $0.00 |
| ASSET ACCEPTANCE<br>7275 | LEVITZ | $2,426.38 | $0.00 | $0.00 |
| CREDIT PROTECTIONS ASSOCIAT<br>3240 | COMCAST | Not Filed | $0.00 | $0.00 |
| CREDIT PROTECTIONS ASSOCIAT<br>3240 | | Not Filed | $0.00 | $0.00 |
| DRIVE TIME<br>1402 | | Not Filed | $0.00 | $0.00 |
| FIDELITY INFO CORP<br>139187 | | $361.42 | $0.00 | $0.00 |
| FIRST CONVENIENCE BANK<br>7295 | | $319.85 | $0.00 | $0.00 |
| FIRST NATIONAL BANK TEXAS<br>9970 | | Not Filed | $0.00 | $0.00 |
| FIRST NATIONAL BANK TEXAS<br>6675 | | Not Filed | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE<br>7295/6057 | PENALTY | $6,203.81 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE<br>7295/6057 | PENALTY | $3,924.00 | $0.00 | $0.00 |
| LVNV FUNDING LLC<br>0967 | OSI/AT&T BROADBAND | $120.80 | $0.00 | $0.00 |
| LVNV FUNDING LLC<br>8907 | OSI/AT&T BROADBAND | $135.39 | $0.00 | $0.00 |
| PARAMOUNT RECOVERY SYSTEMS<br>9930 | | Not Filed | $0.00 | $0.00 |
| PARK DANSAN<br>4748 | | Not Filed | $0.00 | $0.00 |
| PROCOLLECT<br>7569 | | Not Filed | $0.00 | $0.00 |
| TEXAS TRUST CREDIT UNION<br>0300 | | Not Filed | $0.00 | $0.00 |
| TEXAS TRUST CREDIT UNION<br>0001 | | Not Filed | $0.00 | $0.00 |
| TXU ENERGY<br>5666 | | Not Filed | $0.00 | $0.00 |
| TXU ENERGY<br>0191 | | Not Filed | $0.00 | $0.00 |

MARK A DOWNS & WANDA J DOWNS, 08-40814-RFN

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---:|---:|---:|
| **Unsecured** | | | | |
| TXU ENERGY RETAIL COMPANY L<br>756664998/135316777 | | $952.22 | $0.00 | $0.00 |
| WEST ASSET MANAGEMENT<br>3967 | | Not Filed | $0.00 | $0.00 |

MARK A DOWNS & WANDA J DOWNS, 08-40814-RFN

    Pursuant to Bankruptcy Rule 5009, I certify that the estate has been fully administered.

    Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above cases, closes the case, and grants such other relief as may be just and proper.

        /s/ Tim Truman

        Standing Chapter 13 Trustee