BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP   BDFTE# 00000000906065
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
(972) 341-0500

Attorney for  COUNTRYWIDE HOME LOANS, INC. AS SERVICING AGENT FOR BANK OF AMERICA, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 08-40814-RFN-7 |
| § | |
| MARK A. DOWNS and WANDA J. § | |
| DOWNS, § | |
| Debtor § | CHAPTER 7 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2008, a true and correct copy of the Affidavit of COUNTRYWIDE HOME LOANS, INC. AS SERVICING AGENT FOR BANK OF AMERICA, N.A. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

    Respectfully submitted,

    BARRETT DAFFIN FRAPPIER
    TURNER & ENGEL, LLP


    BY: /s/ PAUL KIM       9/29/2008
      PAUL KIM
      TX NO. 24001182
      15000 SURVEYOR BLVD. SUITE 100
      ADDISON, TX 75001
      Telephone: (972) 341-0500
      Facsimile: (972) 341-0502
      E-mail:  NDECF@BBWCDF.COM
      ATTORNEY FOR OBJECTOR

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTORS:
WANDA J. DOWNS
409 VICTORY LANE
MANSFIELD, TX  76063

MARK A. DOWNS
409 VICTORY LANE
MANSFIELD, TX  76063

DEBTOR'S ATTORNEY:
CRAIG DOUGLAS DAVIS
726 DALWORTH, STE 1001
GRAND PRAIRIE, TX  75050

TRUSTEE:
SHAWN K. BROWN
P.O. BOX 93749
SOUTHLAKE, TX  76092