BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                  §
Mark A. Downs                           §        Case No.:   08–40814–rfn7
Wanda J. Downs                          §        Chapter No.:   7
                        Debtor(s)       §

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  10/21/08                        FOR THE COURT:
                                        Tawana C. Marshall, Clerk of Court

                                        by: /s/J. Kucera, Deputy Clerk